IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY J. ROGERS,.

       Plaintiff,

vs.                                     Case No.:1:09-CV-58-SPM/AK

JOHNNY SMITH, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

       Pursuant to the Parties' Joint Stipulation for Voluntary Dismissal with Prejudice (doc. 39) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**.  However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown.  Each party shall bear its own costs and attorney fees.

       DONE and ORDERED this eighteenth day of November, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge